FILED

SEP 16 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LLOYD JAMISON,

Defendant.

No. CR 05-0553-VRW

STIPULATION AND ORDER CONTINUING HEARING

## STIPULATION

The parties agree to continue the hearing in the above-captioned matter from September 6, 2005 until October 4, 2005 at 10:30 a.m. The continuance requested is necessary due to the unavailability of counsel and the need to produce discovery.

**IT IS SO STIPULATED.**

DATED: 9/15/05

RONALD TYLER
Assistant Federal Public Defender
Counsel for Lloyd Jamison

DATED: 9/15/05

SUSAN JERICH
Assistant United States Attorney

COPIES MAILED TO PARTIES OF RECORD

**ORDER**

For the foregoing reasons, the hearing in this matter is continued until October 4, 2005 at 10:30 a.m.

IT IS SO ORDERED.

DATED:

VAUGHN R. WALKER
CHIEF UNITED STATES DISTRICT COURT JUDGE

STIPULATION & ORDER CONTINUING HEARING
*United States v. Lloyd Jamison*
CR04-0552-VRW - 2 -