```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  SUSAN R. JERICH (CSBN 188462)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-7158
 7     Facsimile: (415) 436-7234
       Email: susan.jerich@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 05-00553 VRW |
|---|---|---|
| Plaintiff, | ) | PARTIES' STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | ) | |
| LLOYD JAMISON, | ) | |
| Defendant. | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties appeared on the instant matter on November 1, 2005 for status or trial setting. Counsel for the defendant requested that the Court set dates for the filing of pre-trial motions.

   2. Accordingly, the Court set the following dates: December 6, 2005 for defendant's filing of Motion to Suppress evidence; December 20, 2005 for government's Opposition to defendant's Motion to Suppress evidence and January 10, 2006 for defendant's Reply brief.  The Court set January 31, 2006 as the date for hearing on defendant's motion.

   3. Counsel for the defendant requested that the time between November 1, 2005 and January 31, 2006 be excluded based upon effective preparation and continuity of counsel.

   4. In light of the foregoing facts, the failure to grant the requested exclusion would

STIPULATION AND PROPOSED ORDER
CR 05-00553 VRW

1  unreasonably deny counsel for the defense the reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
3  (B)(iv). Additionally, the filing of any pretrial motion through the conclusion of the hearing,
4  provides a separate basis under time is excluded from the calculation of time under the Speedy
5  Trial Act. See id. §3161(h)(1)(F).  The ends of justice would be served by the Court excluding
6  the proposed time period.  These ends outweigh the best interest of the public and the defendant
7  in a speedy trial. See id. § 3161(h)(8)(A).

   5. For the reasons stated, the time period from November 1, 2005 through January 31, 2006,
   shall be excluded from the calculation of time under the Speedy Trial Act.

   SO STIPULATED.

   DATED: 11/02/05                              Respectfully Submitted,


                                                __/s/_____
                                                SUSAN R. JERICH
                                                Assistant United States Attorney

   DATED: 11/22/05

                                                __/s/_____
                                                IAN LOVESETH
                                                Counsel for Defendant Lloyd Jamison

   PURSUANT TO STIPULATION, IT IS SO ORDERED.


   DATED: November 28, 2005                     HON. VAUGHN R. WALKER
                                                Chief Judge, United States District Court

   STIPULATION AND PROPOSED ORDER
   CR 05-00553 VRW                              2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed Order in the case of <u>United States v. Lloyd Jamison</u>   No. CR 05-00553 VRW, was served today as follows:

<u>Via Facsimile</u>
Ian Loveseth
819 Eddy Street
San Francisco, CA 94109
(415) 474-3748

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2005 at San Francisco, California.


_____/s/_____
Rawaty Yim
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
CR 05-00553 VRW                                      3