IAN LOVESETH, SBN 085780
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
LLOYD JAMISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LLOYD JAMISON,<br><br>        Defendant.<br>_____/ | NO. CR-05-00553-VRW<br><br>**STIPULATION AND [PROPOSED]ORDER RE-SETTING BRIEFING SCHEDULE AND DOCUMENTING EXCLUSION OF TIME** |

      IAN G. LOVESETH, attorney for defendant, LLOYD JAMISON, and SUSAN JERICH, Assistant United States Attorney, hereby stipulate that the briefing schedule in this matter shall be as follows: Pretrial Motion Hearing shall be set for March 7, 2006 at 10:30 AM in Courtroom 6, 17th Floor, San Francisco, CA before the Hon. Vaughn R. Walker. Defendant shall file supplements to his pretrial motions by January 18, 2006. (Defendant has already filed his pretrial motions, however, the parties stipulate that defendant may complete his investigation and supplement these motions and/or file additional motions.) The government shall file its opposition by February 1, 2006. Defendant shall file his reply by February 15, 2006.

The Court hereby finds, as follows:

1. Taking into account the public interest in the prompt disposition of criminal cases, re-setting the briefing schedule and continuing the Pretrial Motion Hearing until March 7, 2006 is necessary for effective preparation as it will allow defense counsel to complete his investigation.

2. The ends of justice served by excluding the period from January 31, 2006 to March 7, 2006 outweigh the best interest of the public and the defendant, Mr. Jamison, in a speedy trial. See, 18 U.S.C. § 3161(h)(8)(A). (The Court had initially set the Pretrial Motion Hearing for January 31, 2006; hence, the period up to January 31, 2006 has already been excluded from the Speedy Trial Act calculations.)

Accordingly, and with the consent of the defendant, the Court hereby: (1) sets a Pretrial Motion Hearing for March 7, 2006 at 10:30 AM in Courtroom 6, 17th Floor, San Francisco, CA before the Hon. Vaughn R. Walker. Defendant shall file his pretrial motions by January 18, 2006. The government shall file its opposition by February 1, 2006. Defendant shall file his reply by February 15, 2006; and, (2) orders that the period of time from January 31, 2006 to March 7, 2006 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(ii) and (iv).

IT IS SO STIPULATED.

DATED: December 22, 2005     /s/ Ian G. Loveseth
IAN G. LOVESETH
Attorney for Defendant
LLOYD JAMISON

DATED: December 22, 2005     /s/ Susan Jerich
SUSAN JERICH
Assistant United States Attorney

IT IS SO ORDERED.

DATED: December ____, 2005

**December 23, 2005**

Hon. VAUGHN R. WALKER
United States District Court Judge