IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No CR 05-0553 VRW |
| Plaintiff, | ORDER |
| v | |
| LLOYD JAMISON, | |
| Defendant. | |

In anticipation of the hearing on defendant's motion to suppress evidence noticed for March 7, 2006, Doc #18, the court REQUESTS the government to submit a certified copy of the probation order referenced in the government's memorandum in opposition, Doc #24, on or before March 3, 2006.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge