IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No CR 05-0553 VRW |
|     Plaintiff, | ORDER |
|     v | |
| LLOYD JAMISON, | |
|     Defendant. | |

In anticipation of the hearing on defendant's motion to suppress evidence noticed for March 7, 2006, Doc #18, the court REQUESTS the government to submit, as soon as practicable, a certified copy of the transcript of defendant's sentencing hearing

//
//
//
//
//
//
//

held on October 29, 2004, in the San Francisco superior court, No 193081, or other evidence that defendant was unambiguously informed of the terms of his probation order within the meaning of <u>United States v Knights</u>, 534 US 112, 119 (2001).

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge