IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No CR 05-0553 VRW |
|     Plaintiff, | ORDER |
|     v | |
| LLOYD JAMISON, | |
|     Defendant. | |

In addition to all other matter pertinent to the hearing on defendant's motion to suppress noticed for March 7, 2006, the parties should prepare to address the following questions: Assuming Jamison's version of events surrounding the taking of the DNA sample is correct, but also assuming that Jamison was lawfully under arrest at the time the DNA sample was taken,

(1) Is an oral swab of the gums a search of Jamison's person within the meaning of the warrantless search condition to which Jamison was subject at the time of his arrest?;

(2) Assuming Jamison agreed to the imposition of the warrantless search condition (and again assuming Jamison was lawfully under arrest at the time the DNA sample was

taken) does it matter whether or not Jamison consented to this search?;

(2) Was this search conducted in a constitutionally acceptable manner?  See, e g, <u>Schmerber v California</u>, 384 US 757 (1966); <u>United States v Edmo</u>, 140 F3d 1289 (1998); <u>United States v Chapel</u>, 55 F3d 1416 (1995).

SO ORDERED.

_____

**VAUGHN R WALKER**

**United States District Chief Judge**