United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No CR 05-0553 VRW |
|     Plaintiff, | ORDER |
|     v | |
| LLOYD JAMISON, | |
|     Defendant. | |

Defendant Lloyd Jamison has filed a motion for an order permitting issuance of a subpoena pursuant to Rule 17(c), Federal Rules of Criminal Procedure.

It is hereby ORDERED that a Rule 17(c) subpoena issue directing the Custodians of Records for the San Francisco Police Department and the Office of Citizen's Complaints to produce all impeachment materials contained in the personnel files of all San Francisco Police Department (SFPD) law enforcement officers who responded to the 911 call that gave rise to the case against defendant and who interacted with him at the SFPD Mission Station. These law enforcement officers are as follows: Michael Wolf (Star

#1568), Michael Moody (Star #1545), Kevin Noble (Star #297), Peter Richardson (Star #1231), Edward Hunt, Sergeant James Miller (Star #875), Inspector John Burke (Star #2240), Sanchez (Star #7), Sergeant Gray (Star #1304), Sergeant Limbert (Star #689), Shields (Star #1924), Dempsky (Star #471), Streegan (Star #140), Barroeta (Star #1106), Collins (Star #888), Castillo (Star #1999), Arquero (Star #1958), Barretta (Star #1651), Lieutenant Murphy, Officer Jackson (Star #876), Officer Parker, Sergeant/Inspector Michael Kelly and Inspector Michael Hamilton.

Materials subject to the Rule 17(c) subpoena shall be submitted to the court at the following address:

Chambers of Chief Judge Vaughn R Walker
ATTN:  CR-05-0553 VRW
450 Golden Gate Avenue, 17th floor
San Francisco, CA  94102

Materials that to which the court finds defendant is entitled will be turned over to defendant following *in camera* inspection by the court.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**2**