IAN LOVESETH, SBN 085780
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
LLOYD JAMISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      vs.<br><br>LLOYD JAMISON,<br><br>      Defendant.<br>_____/ | NO. CR-05-00553-VRW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING EVIDENTIARY HEARING AND DOCUMENTING EXCLUSION OF TIME** |

IAN G. LOVESETH, attorney for defendant, LLOYD JAMISON, and SUSAN JERICH, Assistant United States Attorney, hereby stipulate that the evidentiary hearing for defendant's Motion to Suppress currently set for Monday, April 10, 2006 at 9:30 a.m. shall be continued until Tuesday, May 23, 2006 at 2:00 p.m. The continuance is necessary to give the defendant additional time to subpoena impeachment materials and to conduct follow-up investigation in the event this impeachment material yields possible witnesses.

The Court hereby finds, as follows:

1. The parties have stipulated to continuing the evidentiary hearing in this case.

2. Taking into account the public interest in the prompt disposition of criminal cases, continuing the evidentiary hearing is necessary for effective preparation as it will allow defense counsel additional time to subpoena impeachment material and to conduct follow-up investigation in the event this impeachment material yields possible witnesses.

3. The ends of justice served by excluding the period from April 10, 2006 to May 23, 2006 outweigh the best interest of the public and the defendant, Mr. Jamison, in a speedy trial. See, 18 U.S.C. § 3161(h)(8)(A).

Accordingly, and with the consent of the parties, the Court hereby: (1) vacates the evidentiary hearing currently set for April 10, 2006 at 9:30 a.m; (2) sets a new hearing date for the evidentiary hearing on May 23, 2006 at 2:00 p.m in Courtroom 6, 17th Floor, San Francisco, CA before the Hon. Chief Judge Vaughn R. Walker; and, (3) orders that the period of time from April 10, 2006 to May 23 2006 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(ii) and (iv).

IT IS SO STIPULATED.

DATED: April 5, 2006          /s/ Ian G. Loveseth
                              IAN G. LOVESETH
                              Attorney for Defendant
                              LLOYD JAMISON

DATED: April 5, 2006          /s/ Susan Jerich
                              SUSAN JERICH
                              Assistant United States Attorney

IT IS SO ORDERED.

DATED: April __10__, 2006

Hon.
Chief                                                         urt

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
(United States District Court, Northern District of California seal)