1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7158
7      Facsimile: (415) 436-7234
       Email: susan.jerich@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   No.:  CR 05-00553 VRW
                                    )
14       Plaintiff,                 )   PARTIES' STIPULATION AND
                                    )   [~~PROPOSED~~] ORDER TO CONTINUE
15                                  )   DATE FOR EVIDENTIARY HEARING
                                    )
16       v.                         )
                                    )
17 LLOYD JAMISON,                   )
                                    )
18       Defendant.                 )
   _____)
19

20 The parties stipulate and agree, and the Court finds and holds, as follows:

21   1. Currently, an evidentiary hearing is scheduled for May 23, 2006 at 9:30 a.m. in the above-referenced matter.

22   2. After the May 23, 2006 date for evidentiary hearing was established, government counsel became aware of a conflict.   Specifically, government counsel is scheduled to be involved in a week long trial before the Honorable Martin J. Jenkins, U.S. District Court, commencing May 22, 2006.

23   3. Government counsel advised defense counsel, Ian Loveseth of the conflict.  Mr. Loveseth stated that he had no objection to the government's request for a continuation of the date set for

STIPULATION AND PROPOSED ORDER
CR 05-00553 VRW

1  evidentiary hearing.

2      4. The parties conferred with the court's courtroom deputy and decided upon a date of June 7,

3  2006, 9:30 a.m. for evidentiary hearing.

4      5. The parties respectfully request that this court grant the proposed order continuing the date

5  for evidentiary hearing from May 23, 2006 to June 7, 2006.

6  SO STIPULATED.

7  DATED: 05/08/06                                    Respectfully Submitted,

9
10                              __/s/_____
11                              SUSAN R. JERICH
                                Assistant United States Attorney

12  DATED: 05/08/06

13                              __/s/_____
14                              IAN LOVESETH
                                Counsel for Defendant Lloyd Jamison

15
16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17
18  DATED:  May 11, 2006          _____
                                  IT IS SO ORDERED
19                                Judge Vaughn R Walker
                                  HON. VAUGHN R WALKER
                                  Chief Judge, United States District Court

28  STIPULATION AND PROPOSED ORDER
    CR 05-00553 VRW                          2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed Order in the case of <u>United States v. Lloyd Jamison</u>   No. CR 05-00553 VRW, was served today as follows:

<u>Via Facsimile</u>
Ian Loveseth
819 Eddy Street
San Francisco, CA 94109
(415) 474-3748

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 5/8/06 at San Francisco, California.


_____/s/_____
Rawaty Yim
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
CR 05-00553 VRW                              3