```
                IN THE UNITED STATES DISTRICT COURT

             FOR THE NORTHERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,            No   CR 05-0553 VRW

        Plaintiff,                   ORDER


           v


LLOYD JAMISON,

        Defendant.
                                    /
```

The parties are invited to submit further briefing regarding the Ninth Circuit's recent decision in <u>United States v Howard</u>, ___ F3d ___, 2006 WL 1421172 (9th Cir May 25, 2006), for purposes of defendant's pending motion to suppress evidence.

//
//
//
//
//
//

Briefing shall not exceed six pages and shall be submitted on or before June 6, 2006, at 5 pm.  Counsel should prepare to address the effect, if any, of <u>Howard</u> upon the court's analysis of defendant's motion when they appear at the evidentiary hearing scheduled for June 7, 2006.

SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge