**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,              No   CR   05-0553   VRW
12            Plaintiff,                         ORDER
13
14                    v
15   LLOYD JAMISON,
16            Defendant.
17   _____/
18        Defendant moves to continue the evidentiary hearing
19   scheduled for June 7, 2006, to allow counsel for the defendant an
20   opportunity to conduct investigation based on subpoenaed documents
21   recently disclosed by the court.  Doc #41.  Because the court finds
22   that continuance is necessary to allow counsel for the defendant an
23   opportunity for effective preparation, defendant's motion is
24   GRANTED.  The evidentiary hearing on defendant's motion to suppress
25   evidence is CONTINUED until June 30, 2006, at 9:30 am, subject to
26   the condition below.  All witnesses currently under subpoena shall
27   remain under subpoena and shall return to the court to testify on
28   the new hearing date of June 30, 2006, at 9:30 am.

**United States District Court**

For the Northern District of California

1        Counsel's declaration states that defendant (who is

2   currently in custody) "gave his permission (albeit reluctantly) for

3   his counsel to ask for a continuance."  Doc #41 (Loveseth Decl) ¶8.

4   There is no indication, however, that defendant expressly waived

5   his rights under the Speedy Trial Act.  Accordingly, continuance of

6   the evidentiary hearing is conditioned upon receipt of an express

7   waiver by the defendant of his rights under the Speedy Trial Act

8   which reflects defendant's understanding that the evidentiary

9   hearing has been continued until June 30, 2006.  If the court has

10  not received such a waiver on or before June 9, 2006, the

11  continuance will be vacated and the evidentiary hearing will

12  proceed forthwith.

13

14       SO ORDERED.

15

16  _____

17  VAUGHN R WALKER

18  United States District Chief Judge

19

20

21

22

23

24

25

26

27

28

**2**