IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No   CR   05-0553   VRW |
| Plaintiff, | ORDER |
| v | |
| LLOYD JAMISON, | |
| Defendant.                          / | |

The court is in receipt of a letter from counsel for the defendant dated August 2, 2006.  Doc #60.

Counsel requests a four-week extension of the briefing schedule on defendant's motion to dismiss the prosecution. According to counsel, the extension is necessary in order to obtain documents concerning the policies and practices of Alameda County in connection with the monitoring of telephone communications into and out of its jails.  The extension is further warranted, according to counsel, because "at least two organizations —— the ACLU and the Federal Public Defenders Office in San Francisco —— plan to file amicus briefs and they need additional time to obtain

the documents mentioned above and prepare their briefs." Id at 1.

It appears that defendant and *amici* seek to explore issues substantially beyond the scope of this case. It might not be appropriate to inquire into policy-level considerations unless and until the defendant makes a showing not only that government counsel or its agents listened to recorded telephone conversations between the defendant and his lawyer, but also that those conversations would be protected by the attorney-client privilege in the absence of waiver. The documents defendant now seeks would seem to have no bearing on that question.

On or before August 11, 2006, defendant shall file a brief addressing (1) whether conversations listened to by government counsel or its agents are protected by the attorney-client privilege (irrespective of waiver) and (2) any Sixth Amendment considerations relevant to defendant's motion to dismiss. The government shall file its opposition not later than August 18, 2006, and defendant may file a reply not later than August 23, 2006. This order does not affect the briefing schedule on defendant's motion to suppress.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge