IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No   CR   05-0553   VRW

       Plaintiff,                          ORDER

       v

LLOYD JAMISON,

       Defendant.
_____/

      Parties are notified that a hearing on defendant's motion to dismiss, Doc #51, is scheduled for October 31, 2006, at 10:30 am. The government shall submit a declaration from San Francisco Police Inspector Michael Kelly that describes (1) what information pertaining to Jamison's pending criminal charges he overheard during phone calls between the defendant and attorney Ian Loveseth, CJA appointed investigator Donald Criswell or attorney Richard Koch and (2) what he did with such information. Furthermore, the government shall identify and submit a similar declaration for any investigator or prosecutor besides Inspector Kelly and AUSA Susan

1   Jerich who listened to the defendant's taped telephone calls.
2   These declaration(s) shall be submitted on or before October 24,
3   2006.

6           SO ORDERED.

_____

10              VAUGHN R WALKER
11              United States District Chief Judge