```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 5     Telephone: (415) 436-7200
       Facsimile:  (415) 436-7234
 6     E-Mail:    Mark.Krotoski@usdoj.gov

 7  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05 -0553 VRW |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| LLOYD JAMISON, | |
| Defendant. | (San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: October 27, 2006                    Respectfully submitted,

                                           KEVIN V. RYAN
                                           United States Attorney


                                              /s/
                                           MARK L. KROTOSKI
                                           Chief, Criminal Division


NOTICE OF DISMISSAL
CR 05 -0553 VRW

1 | Leave is granted to the government to dismiss the indictment. It is further ordered that the
2 | arrest warrant issued in connection with the indictment is quashed.

Date: October 30, 2006

VAUGHN R. WALKER
Chief United States District Judge